UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDALL KEVIN SANTELER,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>GLORIA NAVARRO,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:17-CV-1058 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Santeler v. Navarro*, case number 2:17-cv-01058-JCM-VCF.

On May 1, 2017, the court denied, without prejudice, plaintiff's notice and demand by declaration (ECF No. 1) and ordered plaintiff to file a complaint with an accompanying filing fee or application to proceed *in forma pauperis*. (ECF No. 2). The court cautioned that failure to timely comply may result in dismissal of the case. (ECF No. 2).

To date, plaintiff has yet to comply with the court's May 1st order. Therefore, the court dismisses the instant matter without prejudice and instructs the clerk to close the case.

Accordingly,

IT IS SO ORDERED.

DATED June 2, 2017.

　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE